**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____   Chapter   __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **USI Services Group, Inc.** | |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **22-3716175** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **51 Progress Street** <br> **Union, NJ 07083** | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Union** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **USI Services Group, Inc.**                                          Case number (*if known*) _____
       Name

**7.   Describe debtor's business**          A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
  See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __5617__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District ___ | When ___ | Case number ___ |
| District ___ | When ___ | Case number ___ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor  **See Attachment** | | Relationship ___ |
| District ___ | When ___ | Case number, if known ___ |

| Debtor | **USI Services Group, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **USI Services Group, Inc.**
<span>Name</span>                                                                                          Case number (*if known*)

---

| **Request for Relief, Declaration, and Signatures** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  3, 2018**
                MM / DD / YYYY

*X* **/s/ Frederick G. Goldring**                        **Frederick G. Goldring**
Signature of authorized representative of debtor          Printed name

Title    **President**

---

**18. Signature of attorney**

*X* **/s/ Stuart Gold**                    Date  **January  3, 2018**
Signature of attorney for debtor                MM / DD / YYYY

**Stuart Gold**
Printed name

**Mandelbaum Salsburg P.C.**
Firm name

**3 Becker Farm Road**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **9737364600**        Email address  **sgold@lawfirm.ms**

**009511986**
Bar number and State

Debtor    **USI Services Group, Inc.**
Name                                                                          Case number (*if known*)

---

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

## FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Debtor | **Initial Protective Services, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | **1/03/18** | Case number, if known | | **TBA** |
| Debtor | **Strike Force of New Jersey, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | **1/03/18** | Case number, if known | | **TBA** |
| Debtor | **Strike Force Protective Services, Inc.** | | | Relationship to you | | **Affilliate** |
| District | **New Jersey** | When | **1/03/18** | Case number, if known | | **TBA** |
| Debtor | **Summit Staffing Solutions, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | **1/03/18** | Case number, if known | | **TBA** |
| Debtor | **Ultimate Services, Inc.** | | | Relationship to you | | **Affilitate** |
| District | **New Jedrsey** | When | **1/03/18** | Case number, if known | | **TBA** |
| Debtor | **USI Landscape and Design, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | **1/03/18** | Case number, if known | | **TBA** |
| Debtor | **USI Landscape and Design, Inc.** | | | Relationship to you | | **Affiliate** |
| District | **New Jersey** | When | **1/03/18** | Case number, if known | | **TBA** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **USI Services Group, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ACTION CARTING ENVIRON 300 FRANK W BURR BLVD TEANECK, NJ 07666 | | Trade Vendor | | | | $3,266.24 |
| ALL INCLUSIVE KITCHENS 1344 FERRY ST EASTON, PA 18042 | | Trade Vendor | | | | $1,330.00 |
| BUILDING SERVICE 32 BJ BENEFIT FUNDS 25 WEST 18th STREET 4th FLOOR NEW YORK, NY 10011-4676 | | Union | | | | $309,040.73 |
| CHASAN LEYNER & LAMPARELLO, PC 300 LIGHTING WAY SECAUCUS, NJ 07094 | | Professional Fees | | | | $8,029.37 |
| Diego F. Navas,Esq. Trust Rosa Caguana 481 BLOOMFIELD AVE. NEWARK, NJ 07107 | | Legal Settlement | | | | $10,000.00 |
| GARRUTO & CALABRIA LLC 600 Franklin Ave. in re Rosamaria Giuliano NUTLEY, NJ 07110 | | Legal Settlement | | | | $2,500.00 |
| HOBART SERVICE 4 GLORIA  LANE FAIRFIELD, NJ 07004 | | Trade Vendor | | | | $786.17 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                                    Best Case Bankruptcy

| Debtor | USI Services Group, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| INTERNAL REVENUE SERVICE PO BOX 80110 CINCINNATI, OH 45280-0010 | | Taxes | Unliquidated | | | $274,101.00 |
| Kluger Healey, LLC P.O. BOX  424 LINCROFT, NJ 07738 | | Professional Fees/Judgement | | | | $29,915.34 |
| L&W SUPPLY / J B ACOUSTICAL SUPPLY 14 Central Blvd SO HACKENSACK, NJ 07606 | | Trade Vendor | | | | $1,591.49 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP 633 W. FIFTH STREET SUITE # 4000 LOS ANGELES, CA 90071 | | Judgement/Claim | | | | $17,557.60 |
| MYC, LLC 3325 SOUTH UNIVERSITY DRIVE SUITE # 200 DAVIE, FL 33328 | | Trade Vendor | | | | $750.00 |
| NetCarrier, Inc. North Penn Business Park 4000 N. Cannon Ave. Lansdale, PA 19446 | | Trade Vendor | | | | $2,264.00 |
| NEW JERSEY WILD GEESE CONTROL INC. PO BOX 7293 NORTH ARLINGTON, NJ 07031 | | Trade Vendor | | | | $12,746.40 |
| NJ DIV. OF TAXATION REVENUE PROCESSION CENTER PO BOX 257 TRENTON, NJ 08646-0257 | | Taxes | Unliquidated | | | $880,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

| Debtor | USI Services Group, Inc. | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS CORPORATION TAX PROCESSING UNIT P.O. BOX 1909 ALBANY, NY 12201-1909** | | **Taxes** | **Unliquidated** | | | **$154,200.00** |
| **PA Department of Revenue 535 Chestnut St. ATTN: SUZANNE LUCZNER Sunbury, PA 17801-2834** | | **Taxes** | **Unliquidated** | | | **$157,500.00** |
| **Palomino Janitorial Service, Inc. 2521 W. Sunflower Suite # R4 Santa Ana, CA 92704** | | **Trade Vendor** | | | | **$3,825.00** |
| **ROYAL BATTERY 1095 East St. George Avenue COLONIA, NJ 07063** | | **Trade Vendor** | | | | **$895.00** |
| **ST. LUKES ROOSEVELT HOSPITAL 7 AUDUBON ROAD WAKEFIELD, MA 01880** | | **Trade Vendor** | | | | **$1,179.31** |

Kuharski, Levitz et al
176 Hart Boulevard
in re Alexis Griffith
Staten Island, NY 10301


AAA COMMUNICATIONS
15 RIVERSIDE DRIVE
PINE BROOK, NJ 07058


ACTION CARTING ENVIRON
300 FRANK W BURR BLVD
TEANECK, NJ 07666


ADAMS & MILLER
247 WEST 35TH STREET
SUITE # 402
GERI KINGSTON
NEW YORK, NY 10001


ADMIRAL INSURANCE CO.
1253 HADDONFIELD BERLIN RD.
VOORHEES, NJ 08043-4847


ADP  SCREENNG & SELECTION SERVICES
5065 WOOSTER PIKE
Cincinnati, OH 45226


Advanced Open MRI & Diag.
6416 Bergenline Ave.
West New York, NJ 07093-1621


Akerman LLP
One Southeast Third Avenue
Suite 2500
Miami, FL 33131-1714


ALABAMA DEPT. OF REVENUE
P.O. BOX 327320
MONTGOMERY, AL 36132-7320


ALL INCLUSIVE KITCHENS
1344 FERRY ST
EASTON, PA 18042

AMERICAN WASTE AND TEXILE
73 VESEY STREET
NEWARK, NJ 07105


AMERIGAS PROPANE LP
P.O. BOX 660288
DALLAS, TX 75266-0288


ANT NURSERY
1439 PERRINEVILLE RD.
MONROE TOWNSHIP, NJ 08831


ANYTHING OUTDOORS FL
3801 Bayshore Blvd
Tampa, FL 33629


ARIZONA DEPT. OF ECONOMIC SECURITY
P.O. BOX 6028
PHOENIX, AZ 85005-6028


ARIZONA DEPT. OF REVENUE
P.O. BOX 29079
PHOENIX, AZ 85038-9079


ATLANTICARE OCCUPATIONAL MEDI
P.O. BOX 8500 1266
PHILADELPHIA, PA 19178


B & R SERVICES FOR PROF, INC.
235 SOUTH 13TH ST.
PHILADELPHIA, PA 19107


Barrys Auto Center
39 Milltown Rd.
UNION, NJ 07083


Berkshire Hathaway Homestate Companies
P.O. Box 844501
Los Angeles, CA 90084-4501


BEST CHOICE SECURITY LLC
5048 TENNYSON PKWY # 250
PLANO, TX 75024

BLUE BOOK OF BUILDING
Indian Hill Rd
Suite 200
Jefferson Valley, NY 10535


Body In Motion Sports
P.O. Box 385
Lakewood, NJ 08701


BUFFALO PROTECTION  AND I INC
603 Division Street
Suite # 30
North Tonawanda, NY 14120


BUILDING SERVICE 32 BJ BENEFIT FUNDS
25 WEST 18th STREET
4th FLOOR
NEW YORK, NY 10011-4676


CALIFORNIA DEPOSITION REPORTERS
P.O. BOX 108
COVINA, CA 91723


CAPLIN & DRYSDALE,
600 LEXINGTON AVENUE
21 st FLOOR
NEW YORIK, NY 10022-7619


Care Station Medical Group
P.O. Box 352
Linden, NJ 07036


Carol Ann & Michael Mullins
30 Courthouse Square
Suite # 400
Rockville, MD 20850


CARR MALONEY PC
2020 K STREET, NW
SUITE # 850
WASHINGTON, DC 20006


Central Salt
PO BOX 870661
KANSAS CITY, MO 64187-0982

CFSE
P.O. BOX 42006
San Juan, PR 00940-2006


CHASAN LEYNER & LAMPARELLO, PC
300 LIGHTING WAY
SECAUCUS, NJ 07094


Cintas Corp. # 062
P.O. Box 630803
Cincinnati, OH 45263-0803


Cintas Corp. # 790
500 SOUTH RESEARCH PLACE
CENTRAL ISLIP, NY 11722


CITY OF GADSDEN
REVENUE DEPARTMENT
P.O. BOX 267
GADSDEN, AL 35902-0267


CITY OF HAMPTON
TREASURER'S OFFICE
1 FRANKLIN STREET STE#100
HAMPTON, VA 23669


CITY OF IRVING - TAX ASSESSOR
825 WEST IRVING BLVD
ATTN: BRAD DUFF
IRVING, TX 75060


CITY OF PHILADELPHIA
DEPT. OF REVENUE
PO BOX 1660
PHILADELPHIA, PA 19105-1660


CITY OF PHILADELPHIA
PO Box 41818
Philadelphia, PA 19101-1818


CITY OF THOUSAND OAKS FINANCE DEPT
2100 THOUSAND OAKS BLVD
THOUSAND OAK, CA 91362

CITY OF VISALIA BUSINESS TAX DIV
315 E. ACEQUIA
P.O. BOX 4002
VISALIA, CA 93278-4002


City of West Palm Beach TAX COLLECTOR
P.O. BOX 3715
WEST PALM BEACH, FL 33402-3715


COMCAST-CABLE TV
PO  Box 196
NEWARK, NJ 07101-0196


COMCAST-SFNJ
1701 JFK BLVD.
20TH FLOOR
RASAAN WEAVER
PHILADELPHIA, PA 19103


Comptroller of Maryland
Revenue Administration Div.
PO Box 2601
Annapolis, MD 21404-2601


CONCENTRA
609 GLOBAL WAY WAY
STE. 100-111
LINTHICUM, MD 21090


CONEDISON
P.O. BOX 1702
NEW YORK, NY 10116-1702


CONN. DEPT. OF REVENUE SERVICES
P.O. BOX 2931
HARTFORD, CT 06104-2931


CONNECTICUT DEPT. OF LABOR
EMPLOYMENT SECURITY DIV.
P.O. BOX 2940
HARTFORD, CT 06104-2940


CONOVER BEYER ASSOC.
2600 HIGHWAY 35
Manasquan, NJ 08736

CT CORP.
PO BOX 4349
CAROL STREAM, IL 60197-4349


CT DEPT. OF REVENUE SERVICES
PO Box 2974
Hartford, CT 06104-2974


Cunningham Lindsey
2697 Momentum Place
Chicago, IL 60689-5328


CURTIS PROTECTIVE SERVICES INC
750 SOUTH ORANGE BLOOSOM TRAIL
SUITE # 204
ORLANDO, FL 32805


D'AMATO & LYNCH, LLP
TWO WORLD FINANCIAL CENTER
225 LIBERTY ST.
NEW YORK, NY 10281


Dak Group
195 Route 17 South
Rochelle Park, NJ 07662


DC Office of Tax and Revenue
941 NORTH CAPITAL STREET NE, 6th Fl
Washington, DC 20002-4265


DC PHOTO ENFORCEMENT OFFICE
P.O. BOX 37075
WASHINGTON, DC 20013-7075


DC TREASURER
P.O. BOX 2014
WASHINGTON, DC 20013-2014


DEER PARK (Division of Nestle Waters NA)
A DIVISION OF NESTLE WATERS NORTH AMERIC
LOUISVILLE, KY 40285-6192

DELAWARE DEPT. OF LABOR
EMPLOYMENT TRAINING FUND TAX
PO BOX 41780
PHILADELPHIA, PA 19101-1780


DELAWARE DEPT. OF LABOR
DIVISION OF UNEMPLOYMENT INSURANCE
P.O. BOX 41785
PHILADELPHIA, PA 19101-1785


Delaware Division  of Revenue
P.O. Box 2044
Wilmington, DE 19899-5751


Delaware Division of Revenue
PO Box 8754
Wilmington, DE 19899-8754


Diego F. Navas,Esq. Trust Rosa Caguana
481 BLOOMFIELD AVE.
NEWARK, NJ 07107


DISTRICT OF COLUMBIA GOVERNMENT
OFFICE OF TAX & REVENUE
P.O. BOX 37559
WASHINGTON, DC 20013


DJ's Budget Printing
1174 Fischer Blvd
Toms River, NJ 08753


Eastern Maine Medical Center
43 Whiting Hill Rd.
Brewer, ME 04412-1006


EDUARDO LOPEZ, ESQ.
5225 CANYON CREST DRIVE
SUITE 71 PMB 425
RIVERSIDE, CA 92507


ELITE PROTECTIVE SERVICES INC
269 SHEFFIELD ST, SUITE 6
MOUNTAINSIDE, NJ 07092

ELIZABETHTOWN GAS
P.O. BOX 5412
CAROL STREAM, IL 60197-5412


EMG  SECURITY
P.O. BOX  ONE
4 DEER  LANE
EAST SETAUKET, NY 11733


EMPLOYMENT DEVELOPMENT DEPT.
P.O. BOX 826805
Sacramento, CA 94205-0001


EMPLOYMENT SCREENING RESOURCES
7110 REDWOOD BLVD.  SUITE C
NOVATO, CA 94945


EMPLOYMENT SECURITY DIV. Bond Unit
500 E, THIRD ST.
CARSON CITY, NV 89713-0030


ESQUIRE  DEPOSITION SOLUTIONS, LLC
2700 CENTENNIAL TOWER
101  MARIETTA  ST.
ATLANTA, GA 30303


EZ Pass
Violations Processing Center
P.O. Box 4971
Trenton, NJ 08650


FALK & HAMBLIN
15991 RED HILL AVE., STE.101
TUSTIN, CA 92780


FARROS
873 FISCHER BLVD.
DOMINICK
TOMS RIVER, NJ 08753


FEDERAL COMPLIANCE SIGNS
1 PIERREPONT PLZ FL 13
NYC, NY 11201

FEDERAL EXPRESS CORPORATION
500 ROSS ST.
PAUL LUTZ
PITTSBURGH, PA 15262


FERRELLGAS
P.O. BOX 173940
ANGIE
DENVER, CO 80217-3940


Ferry, Joseph & Pearce, P.A.
ATTORNEY AT LAW, LLC
9 ALEXANDRIA DRIVE
EAST HANOVER, NJ 07936


FIRST INSURANCE FUNDING CORP.
450 SKOKIE BLVD., STE. 1000
NORTHBROOK, IL 60062-7917


FIRST MERCURY
26600 TELEGRAPH RD.
SOUTHFIELD, MI 48033


Fitzpatrick Lentz & Bubba PC
4001 Schoolhouse Lane
PO BOX 219
Center Valley, PA 18034


FIX SOFTWARE
35 GOLDEN AVE,
SUITE A-201
WEST TORONTO, ON M6R2J5


FLORIDA DEPARTMENT OF REVENUE
5050 W. TENNESSEE ST.
TALLAHASSEE, FL 32399-6586


FLORIDA DEPARTMENT OF STATE
DEPARTMENT OF CORPORATIONS
PO BOX 6327
TALLAHASSEE, FL 32314-6327


FRANKLIN & PROKOPIK
THE B & O BUILDING
2 NORTH CHARLES ST.
BALTIMORE, MD 21201

GARDEN STATE BOBCAT GROUP
999 RT. 33
GINA
FREEHOLD, NJ 07728


GARRUTO & CALABRIA LLC
600 Franklin Ave.
in re Rosamaria Giuliano
NUTLEY, NJ 07110


GB  COLLECTS, LLC
1253  HADDONFIELD BERLIN RD.
VOORHEES, NJ 08043-4847


Georgia Department of Labor
PO Box 740235
Atlanta, GA 30374-0235


Georgia Department of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348-5499


GEORGIA DEPARTMENT OF REVENUE PROCESSING
P.O. BOX 740317
ATLANTA, GA 30374-0317


GEORGIA DEPT. OF LABOR
MAIL PROCESSING UNIT, STE 752
148 ANDREW INTERNATIONAL BLVD.
ATLANTA, GA 30303-1751


GIBBONS P.C.
PO BOX 5177
NEW YORK, NY 10087-5177


GIORDANO CO., INC.
P.O. BOX 2129
NATE
NEWARK, NJ 07114


GOLDMAN ANTONETTI & CORDOVA, P.S.C.
AMERICAN INTERNATIONAL PLAZA
SUITE # 1500
RACHEL
San Juan, PR 00918

GUARD TEXAS
2600 McHALE CT. SUITE 120
AUSTIN, TX 78758


H'S TOWING SERVICE
1118 Central Ave.
Westfield, NJ 07090


HARKAVY, GOLDMAN, GOLDMAN
CAPRIO & GERSTEIN, P.A.
1129 BLOOMFIELD AVE, STE. 214
WEST CALDWELL, NJ 07006


Hassett & George, P.C., Attorneys at Law
ATTORNEYS AT LAW
945 Hopemeadow Street
Simsbury, CT 06070


High Tech Landscapes, Inc.
10 Culmen Drive
Branchburg, NJ 08876


HOBART SERVICE
4 GLORIA LANE
FAIRFIELD, NJ 07004


Hodgson Russ
The Guaranty Building
140 Pearl St., Suite 100
BUFFALO, NY 14202-4040


HURTWITZ & FINE, P.C., ATTORNEYS AT LAW
ATTORNEYS AT LAW
1300 LIBERTY BUILDING
BUFFALO, NY 14202-3613


IDAHO DEPT OF LABOR
317 W MAIN ST.
BOISE, ID 83735-0610


IDAHO INDUSTRIAL COMMISSION
PO BOX 83720
BOISE, ID 83720

IDAHO STATE TAX COMMISSION
P.O. Box 83784
Boise, ID 83707-3784


IDAHO STATE TAX COMMISSION
P.O. BOX 56
BOISE, ID 83756-0056


INCOME EXECUTION-CLEVALAND O. ROGERS
P.O. BOX 317
BERKELEY HEIGHTS, NJ 07922


INTERNAL REVENUE SERVICE
PO BOX 80110
CINCINNATI, OH 45280-0010


INTERNAL REVENUE SERVICE
ACS SUPPORT-STOP 5050
P.O. BOX 219236
KANSAS CITY, MO 64121-9236


INTERNATIONAL ASSOCIATION OF ASSEMBLY MG
635 FRITZ DRIVE
SUITE # 100
COPPELL, TX 75019


IRVING ISD TAX OFFICE TAX ASSESSOR
P.O. BOX 152021
ATTN: LISA FREEMAN, RTA
IRVING, TX 75015-2021


ISO CLAIMS PARTNERS
P.O. BOX 30759
NEW YORK, NY 10087-0759


Jeffrey Allen
2701 REESE ROAD
DAVIE, FL 33314


Jersey Shore Orthopedics
9 Hospital Drive
Toms River, NJ 08755

John J. Sheptock, LLC
2424 Morris Avenue
Suite # 302
Union, NJ 07083


JOSEPH YOUNG
123 SOUTH BROAD ST.
SUITE # 1820
PHILADELPHIA, PA 19109


Juliana Davis
1 CROSS ISLAND PLAZA
ROSEDALE, NY 11422


JUST 4 WHEELS
P.O. BOX 1086
LINDA
ABSECON, NJ 08201


KLUGER HEALEY LLC
P.O. BOX 714
RUMSON, NJ 07760


Kluger Healey, LLC
P.O. BOX 424
LINCROFT, NJ 07738


Koss & Schonfeld LLP
90 John Street, Suite 408
in re Michael Rodgers
NEW YORK, NY 10038


Kroll Heineman Carton, LLC Attorney Trus
Metro Corporate Campus One
99 Wood Avenue South, Suite 307
Iselin, NJ 08830


L&B  PRINTING, INC.
2590 US Highway 22 East
Scotch Plains, NJ 07076


L&W SUPPLY / J B ACOUSTICAL SUPPLY
14 Central Blvd
SO HACKENSACK, NJ 07606

LABOR READY  NORTHEAST, INC.
P.O. BOX 820145
PHILADELPHIA, PA 19182-0145


LAURA  GALLOWAY  PA-C
328 W. SAINT GEORGES  AVE.
Linden, NJ 07036


Layer 4 Solutions, Inc.
800C Denow Rd., Suite #250
Pennington, NJ 08534


Lenovo Financial Services
10201 Centurion Pkw. N
Suite # 100
Jacksonville, FL 32256


LEUMAS SECURITY SERVICES INC
11  ARGALL  PLACE
NEWPORT NEWS, VA 23608


LEWIS BRISBOIS  BISGAARD & SMITH LLP
633 W. FIFTH  STREET
SUITE # 4000
LOS ANGELES, CA 90071


LIBERTY MUTUAL INSURANCE
P.O. BOX 2027
KEENE, NH 03431-7027


LOCAL 1249 MEMBERSHIP
P.O. BOX  277
6518 FREMONT RD
E. SYRACUSE, NY 13057


LOCAL 1249 MEMBERSHIP FEE
P.O. BOX  277
6518 FREMONT RD
E. SYRACUSE, NY 13057


LOUIS PODEL, ESQ.
2401 Pennsylvania Avenue
SUITE # 1C44
in re Fox v. Ultimate Services Inc.
PHILADELPHIA, PA 19130

MA DEPT OF REVENUE
PO BOX 7025
BOSTON, MA 02204


MA Division of Unemployment Assistance
PO Box 3438
Boston, MA 02241-3438


MAGNA LEGAL SERVICES
SEVEN PENN CENTER
1635 MARKET STREET-8th FLOOR
PHILADELPHIA, PA 19103


MAINE DEPT OF TAXATION
24 STATE HOURSE STATION
AUGUSTA, ME 04333-0024


MAINE DEPT. OF LABOR,UC TAX DIV.
47 D STATE HOUSE STATION
AUGUSTA, ME 04332-0259


MAINE REVENUE SERVICES
P.O. BOX 1065
AUGUSTA, ME 04332-1065


MALONEY, KEITH & GRUENBERG KELLY DELLA
1393 Veterans Memorial Highway
Suite # 212 N
Hauppauge, NY 11788


Mandelbaum Salsburg P.C.
3 Becker Farm Rd.
Ste. 105
Roseland, NJ 07068


MARBLE LIFE/GROUT MASTERS
(blank)
FARMINGTON, MI 48336


MARGOLIS EDELSTEIN
THE CURTIS CENTER, STE. 400E
170 S. INDEPENDENCE MALL W.
PHILADELPHIA, PA 19106-3337

MARK HALBERSTAM, ESQ.
1435 CONEY ISLAND AVE.
BROOKLYN, NY 11230


MARTINEZ, ARTURO
4385 MONROE STREET
RIVERSIDE, CA 92504


MARYLAND TRANSPORTATION
P.O. BOX 17600
BALTIMORE, MD 21297-7600


MASS DEPARTMENT OF REVENUE
P.O. BOX 7005
BOSTON, MA 02204


MAYFIELD GREENHOUSES
1980 ROUTE 206
BELLE MEAD, NJ 08502


McCarthy LLC
One Broadway, Suite 401
In re: Carmen Perez
Elmwood Park, NJ 07407


MEDEXPRESS URGENT CARE-NJ
PO BOX 11240
BELFAST, ME 04915-4003


MEDICAL LEGAL REPRODUCTIONS, INC.
4940 DISSTON STREET
PHILADELPHIA, PA 19135


MENDEZ REWINDING SHOP
A-6 AVE. LOMAS VERDES
CARLOS A. MENDEZ
BAYAMON, PR 00956


METROPOLITAN SECURITY
2771 LAKESHIRE LN
INDIANAPOLIS, IN 46268


Michael Percario, Attorney At Law
1514 East St. George Avenue
LINDEN, NJ 07036

MILLENNIUM MARKETING LLC
811 North Catalina Avenue
Suite 3302
Redondo Beach, CA 90277


MINUTEMAN SECURITY, INC.
401 LYNN FELLS PARKWAY
SAUGUS, MA 01906


MITC
5300 WESTVIEW DRIVE
SUITE # 404
JULIE MINOR
FREDERICK, MD 21703-8375


Monmouth Medical Center
Southern Campus
PO Box 29965
New York, NY 10087-9962


MONTANA DEPT. LABOR & INDUSTRY
P.O. BOX 8011
Helena, MT 59604-8011


MORRISON MAHONEY LLP
250 SUMMER STREET
BOSTON, MA 02210


MOUNT SINAI SCHOOL OF MEDICINE
PO BOX 5024
NEW YORK, NY 10087-5024


MRI SERVICES
1220 E. ELIZABETH AVE.
Linden, NJ 07036


MSMC ER HOSPITAL
PO BOX 5024
NEW YORK, NY 10087-5024


MT DEPARTMENT OF REVENUE
P.O. BOX 6309
HELENA, MT 59604-6309

MTA BRIDGES & TUNNELS
PROCECESSING CENTER
PO BOX 15183
Albany, NY 12212-5183


MULLEN & MCGOURTY
6 EDGERLY PLACE
3RD FLOOR
BOSTON, MA 02116


MURPHY, PLAZZA & GENELLO, P.C.
400 SPRUCE ST.
SUITE # 500
SCRANTON, PA 18503


MYC, LLC
3325 SOUTH UNIVERSITY DRIVE
SUITE # 200
DAVIE, FL 33328


N.J. DIVISON OF TAXATION (Investigations
NEWARK INVESTIGATIONS C
NEWARK, NJ 07101-8002


N.Y.C. DEPT. OF FINANCE
PARKING VIOLATIONS
PO BOX 2127
NEW YORK, NY 10272-2127


National Organization of Ind. Trade Unio
148-06 Hillside Ave.
Jamaica, NY 11435


NetCarrier, Inc.
North Penn Business Park
4000 N. Cannon Ave.
Lansdale, PA 19446


Nevada Dept of Taxation
P.O. BOX 52674
PHOENIX, AZ 85072-2674


NEVADA EMPLOYMENT SECURITY DIVISION
500 EAST THIRD STREET
CARSON CITY, NV 89713-0030

NEVADA TAX CENTER
1550 COLLEGE PARKWAY #115
CARSON CITY, NV 89706


NEW HAMPSHIRE DEPARTMENT OF REVENUE
PO BOX 637
CONCORD, NH 03302-0637


NEW HAMPSHIRE EMPLOYMENT SECURITY
45 SOUTH FRUIT STREET
CONCORD, NH 03301-4857


New Hampshire Insurance Co.
5th Floor
Hunt Valley, MD 21030


NEW JERSEY DIV. OF TAXATION
REVENUE PROCESSING CENTER
P.O. BOX 999
TRENTON, NJ 08646-0999


NEW JERSEY DIVISION OF REVENUE
P.O. BOX 308
TRENTON, NJ 08625-0308


NEW JERSEY LANDSCAPE CONTRACTORS ASSOC.
465 BOULEVARD
ELMWOOD PARK, NJ 07407


NEW JERSEY WILD GEESE CONTROL INC.
PO BOX 7293
NORTH ARLINGTON, NJ 07031


NEW YORK CITY DEPT. OF FINANCE
GENERAL CORP. TAX
P.O. BOX 5040
KINGSTON, NY 12402-5040


NEW YORK STATE  DEPT. OF TAXATION
15 METROTECH CENTER, 5th Floor
BROOKLYN, NY 11201


NEW YORK STATE DEPT. OF LABOR
9 BOND STREET, SUITE # 4100
BROOKLYN, NY 11201

NEW YORK STATE DEPT. OF UNEMPLOYMENT INS
PO BOX 4301
BINGHAMTON, NY 13902-4301


NH DEPT OF REVENUE ADMIN
PO Box 637
Concord, NH 03302-0637


NH Employment Security
P.O. BOX 2058
CONCORD, NH 03302-2058


NH EMPOLYMENT SECURITY
300 HANOVER STREET
MANCHESTER, NH 03108-9505


NJ American Water
1025 Laurel Oak Road
Voorhees, NJ 08043


NJ Department of Workforce Development
124 Halsey Street, 2nd Floor
PO Box 226
Newark, NJ 07101-0226


NJ DIV. OF REVENUE
PO BOX 302
ATTN: ANNUAL REPORT REVIEW UNIT
TRENTON, NJ 08646-0302


NJ DIV. OF TAXATION
REVENUE PROCESSION CENTER
PO BOX 257
TRENTON, NJ 08646-0257


NJ DIV. OF TAXATION
PO# BOX 1008
ATTN: RANESHA WHITLEY
MOORESTOWN, NJ 08057-1008


NJ DIV. OF TAXATION
153 HALSEY ST., BOX 47022
ATTN: VIVIANA VARGAS
NEWARK, NJ 07101-7022

NJ DIV. OF TAXATION
REVENUE PROCESSING CENTER
PO BOX 257
TRENTON, NJ 08646-0257


NJ DIV. OF TAXATION - Newark Investigati
124 HALSEY ST.-BOX 45030
ATTN: JANET IVERSEN
NEWARK, NJ 07101-8002


NORTH CAROLINA DEPT. OF REVENUE
P.O. BOX 25000
RALEIGH, NC 27640-0520


NY STATE INSURANCE FUND
P.O. Box 5238
WORKERS COMPENSATION
NEW YORK, NY 10007-1100


NY State Office of Parks
Recreation & Historic Preservation
Albany, NY 12238


NYC DEPARTMENT OF FINANCE
P.O. BOX 3933
NEW YORK, NY 10008-3933


NYS  EMPLOYMENT TAXES
PO BOX 4119
BINGHAMTON, NY 13702-4119


NYS Commissioner of Taxation & Finance
Criminal Investigations Div.
44 South Broadway, 6th Floor
White Plains, NY 10601


NYS CORPORATION TAX
PROCESSING UNIT
P.O. BOX 1909
ALBANY, NY 12201-1909


NYS CORPORATION TAX
PROCESSING UNIT
PO BOX 22094
ALBANY, NY 12201-2094

NYS DEPT OF TAXATION AND FINANCE
CORP - V
P.O. BOX 15163
ALBANY, NY 12212-5163


NYS DEPT. OF ENVIRONMENTAL CONSERVATION
BUREAU OF PESTICIDES MANAGEMENT - Room 4
50 WOLF ROAD
ALBANY, NY 12233-7254


NYS SALES TAX PROCESSING
PO Box 15172
Albany, NY 12212-5172


NYS Tax Department PROCESSING UNIT
PO BOX 4111
Binghampton, NY 13902-4111


Occupational Health Centers
of New Jersey, P.A.
P.O. Box 8750
Elkridge, MD 21075-8750


OCCUPATIONAL HEALTH CENTERS - MD
659 SPRING GARDEN DR.
CHANDRA
MIDDLETOWN, PA 17057


Ocean Medical Center
425 Jack Martin Blvd.
Brick, NJ 08724-7732


OFFICER REPORTS.COM
Louisiana Business Technology Center - 8
Building 3000
Bouton Rouge, LA 70820


OHIO DEPT. OF TAXATION
P.O. BOX 182101
COLUMBUS, OH 43218-2101


Oklahoma Employment Security Commission
PO Box 52004
Oklahoma City, OK 73152-2004

OKLAHOMA TAX COMMISSION
PO Box 26860
Oklahoma, OK 73126-0860


OREGON DEPT. OF REVENUE
PO Box 14790
Salem, OR 97309-0470


OXFORD INSURANCE
4 RESEARCH DRIVE
SHELTON, CT 06484


OXFORD TOWERS
585 PROSPECT STREET
UNIT # 304
Lakewood, NJ 08701


P. C. I. SECURITY
1806 33RD ST # 120
ORLANDO, FL 32839


PA  DEPT. OF REVENUE
PO BOX 280404
HARRISBURG, PA 17128-0404


PA Department of Revenue
535 Chestnut St.
ATTN: SUZANNE LUCZNER
Sunbury, PA 17801-2834


PA State Workers Fund
100 Lackawanna Ave.
Scranton, PA 18505-5100


PA-UC FUND - UCTS- Bristol North
1250 New Rodgers Road
Ste G-11
Bristol, PA 19007-2595


Palomino Janitorial Service, Inc.
2521 W. Sunflower
Suite # R4
Santa Ana, CA 92704

PARADIGM  HEALTH PLANS
424 1st  Avenue NE
CEDAR RAPIDS,  IA 52401


PATRICIA  FUMANTI COURT STENOGRAPHER
110  SOUTH  HIGHLAND DRIVE
PITTSTON, PA 18640


PHILADELPHIA  DEPT.  OF  REVENUE
PO BOX  1393
PHILADELPHIA,  PA 19105-1393


PITTSBURGH PROTECTION SERVICES
433 Monongahela Ave.
Glassport, PA 15045


PMA COMPANIES, INC.
ALTERNATIVE MARKETS
P.O. BOX 824857
PHILADELPHIA, PA 19182-4857


Point Pleasant-Brick Radiol
PO Box 3131
Point Pleasant, NJ 08742-6131


POLAND SPRING
PO Box 856192
Louisville, KY 40285-6192


PRO-TECK SECURITY
3511 S. EASTERN AVE
LAS VEGAS, NV 89169


PROGRESS STREET HOLDINGS, LLC
1121 SPRINGFIELD ROAD
Union, NJ 07083


PS SECURITY
7800 METRO PARKWAY STE 300
BLOOMINGTON, MN 55425


PSE&G
PO BOX 14444
NEW BRUNSWICK, NJ 08906-4444

Puerto Rico Dept. of Treasury
302 Recinto Sur St.
San Juan, PR 00936


Quik Park Bloom LLC
169 E 60th St
# 175
NYC, NY 10022


R.M.S.
77 HARTLAND ST., SUITE 401
PO BOX 280410
EAST HARTFORD, CT 06108-0431


Ramos-Artunduaga Law Firm, P.S.C.
Calle Maestro Cordero # 10
San Juan, PR 00917


RELIABLE WOOD
590 Mount Pleasant Ave
West Orange, NJ 07052


RFRL  PETROLEUM
RT. 22
UNION, NJ 07083


RHODE ISLAND DIV. OF TAXATION
DEPT. #88
P.O. BOX 9702
PROVIDENCE, RI 02940-9702


RI DEPT. OF LABOR & TRAINING
1511 Pontiac Avenue
ATTN:  BERNARD P. HEALY, ESQ.
CRANSTON, RI 02920-4407


RI Division of Taxation - Employer Tax S
One Capitol Hill Ste. 36
Attn: Joan Dagostino, Michael Pezzullo
Providence, RI 02908


RiverStone Claims Management, LLC
9242 W. UNION HILLS
SUITE 102
PEORIA, AZ 85382

RMS-CT. & HUNT PA
& HUNT, P.A.
ROCHELLE PARK, NJ 07662


Roach Bernard, PLLC & Paulette Brown-Wil
175 North Central Avenue
Valley Stream, NY 11580


ROJANI FACILITIES MANAGEMENT, LLC
5802 36th AVENUE
HYATTSVILLE, MD 20782-3222


ROYAL BATTERY
1095 East St. George Avenue
COLONIA, NJ 07063


RUDISILL GRAPHIC DESIGN
10 KIM COURT
FAIRVIEW, NC 28730


S & T
17 bertram drive
Bridgewater, NJ 08807


SAFE SHREDDING  LLC.
152 EAGLE ROCK AVE.
ROSELAND, NJ 07068


Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043


SCAR SERVICES
382 HARBINS RD
DACULA, GA 30019


SCHAFFER ASSOCIATES, LLC
1211 CHAPEL STREET
NEW HAVEN, CT 06511


Selective Insurance Company of America
PO BOX 371468
Pittsburgh, PA 15250-7468

SEVELL'S AUTO BODY CO., INC.
320 WINDSOR AVE.
Westfield, NJ 07090


Silvers,Langsam & Weitzm
1410 Two Penn Center Plaza
in re Michele Camah
PHILADELPHIA, PA 19102


SIMA
7670 N. Port Washington Rd.
Suite # 105
Milwaukee, WI 53217


SMITH INFORMATION SECURITY, LLC
8115 FENTON ST., #309
SILVER SPRING, MD 20910


SMITH, SOVIK, KENDRICK & SUGNET, P.C.
250 S. CLINTON ST., SUITE # 600
SYRACUSE, NY 13202


SOUTHERN DETAILING
111 SPRING HILL DRIVE
Gerald Althen
Goose Creek, SC 29445


Specialty Anesthesia  Association
55 Schanck Road
Freehold, NJ 07728-2963


Sportscare of America, PC
PO BOX 788
WINTER PARK, FL 32790


SPRINT 700437023-LAND
PO BOX 4181
CAROL STREAM, IL 60197-4181


ST. JAMES SECURITY SERVICES INC.
URB. CARIBE
SAN JUAN, PR 00926-2723

St. Joseph's Regional Medical Center
703 Main St.
Paterson, NJ 07503


ST. LUKES ROOSEVELT HOSPITAL
7 AUDUBON ROAD
WAKEFIELD, MA 01880


STAR DETECTIVE AND SECURITY
813 E. 75TH ST
CHICAGO, IL 60619


STATE COMPTROLLER
306 Harmony Hill Drive
Ste. A
Lufkin, TX 75901


STATE INSURANCE FUND
DISABILITY BENEFITS
P.O. BOX 5239
NEW YORK, NY 10008-5239


STATE OF ALABAMA DEP OF REVENUE
COLLECTION SERV DIVISION
P.O. BOX 327820
MONTGOMERY, AL 36132-7820


STATE OF ALABAMA DEPT. OF IND. RELATIONS
649 MONROE STREET
ATTN: BARBARA KNIGHT
MONTGOMERY, AL 36131


STATE OF CA EMPL. DEVELOPMENT
P.O. BOX 826203  MIC 92-759
ATTN:  ANNETTE CARROLL
SACRAMENTO, CA 94230-6203


STATE OF CA FRANCHISE TAX BOARD
P.O. BOX 942857
SACRAMENTO, CA 94257-0511


STATE OF CALIFORNIA BOARD OF EQUALIZATIO
P.O. BOX 942879
SACRAMENTO, CA 94279-0057

```
State of Florida Dept. of Revenue
Out of State Collections Unit
1401 W US Highway 90, Ste. 100
Lake City, FL 32055-6123


STATE OF MAINE DEPT. OF LABOR
45 COMMERCE DRIVE
AUGUSTA, ME 04333


STATE OF MARYLAND
P.O. BOX 10427
ROCKVILLE, MD 20849


STATE OF MARYLAND CENTRAL COLLECTION UNI
300 W. PRESTON ST.
BALTIMORE, MD 21201-2321


STATE OF MARYLAND DEPT. OF LABOR
1100 N. EUTAW ST.
ROOM 400 ATTN: RHONDA BOWERS
BALTIMORE, MD 21201


STATE OF MASSACHUSETTS DOR
436 DWIGHT STREET
ATTN: MR. WILSON MOLANO
SPRINGFIELD, MA 01103


STATE OF MT DEPT. OF LABOR & INDUSTRY
UNEMPLOYMENT INSURANCE
P.O. BOX 6339
HELENA, MT 59604-6339


STATE OF NEW JERSEY
DEPT. OF THE TREASURY
P.O. BOX 269
TRENTON, NJ 08695-0269


STATE OF NEW JERSEY - CBT
REVENUE PROCESSING CTR
PO BOX 666
TRENTON, NJ 08646-0666


STATE OF NH-UC
P.O. BOX 2058
CONCORD, NH 03302-2058
```

```
STATE OF NJ  DEPT. OF LABOR
& WORKFORCE DEVELOPMENT
PO BOX 399
TRENTON, NJ 08625-0399


State of NJ Gross Income Tax
PO Box 248
Trenton, NJ 08646-0248


STATE OF NJ MOTOR MOTOR VEHICLE
120 S Stockton & Front St
Trenton, NJ 08611


STATE OF NV DEPT OF TAXATION
P.O. BOX 52685
PHOENIX, AZ 85072


STATE OF WASHINGTON
P.O. BOX 34022
SEATTLE, WA 98124-1022


State of Washington Dept. of Labor
901 N. Monroe, STE 100
Attn:  Dalynna Larsen-Revenue Agent 2
Spokane, WA 99201-2149


STATE OF WASHINGTON ESD
P.O. BOX 10708
ATTN: GLORIA
YAKIMA, WA 98909


STATEWIDE PATROL
800 W. AIRPORT FRWY
STE 512
Irving, TX 75062


STS
2470 ROUTE 22 EAST
BOB
UNION, NJ 07083-0306


SUAREZ GAS
P.O. BOX 1227
ELIEZER
FAJARDO, PR 00738
```

Subin Associates, LL
150 Broadway
23rd Floor
in re Iannico v Ultimate Services Inc.
NEW YORK, NY 10038


SUNOCO A-PLUS
2350 ROUTE 22 CENTER
RAJ
UNION, NJ 07083


SUNOCO-LUKOIL
2350 ROUTE 22 CENTER
RAJ
Union, NJ 07083


SUNOCO-ROBINSON
171 GARDEN STATE PKWY
MONTVALE, NJ 07645


SWIFTPAGE ACT
Dept. CH 19558
Palatine, IL 60055-9558


TBBK Leasing
575 Route 28
Ste. 2201
Raritan, NJ 08869


TEXAS WORKFORCE COMMISSION
PO Box 149037
Austin, TX 78714-9037


THE GALLERY COLLECTION
PRUDENT PUBLISHING
P.O. BOX 360
RIDGEFIELD PARK, NJ 07660-0360


THE HARTFORD FIRE
P.O. BOX 660916
DALLAS, TX 75266-0916


The Law Office of Nancy K. Galassi
1325 Franklin Avenue
Suite 120
Garden City, NY 11530

THE MCS GROUP, INC.
1601 MARKET ST.
SUITE # 800
PHILADELPHIA, PA 19103


THE STAFFING GROUP LTD
168 N. JOHNSTON ST.
SUITE # 302
DALLAS, GA 30132


Tidal Emergency Physicians
P.O. Box 41433
PHILADELPHIA, PA 19101-1433


Time Warner Cable
P.O. Box 11820
NEWARK, NJ 07101-8120


TN Department of Labor and Workforce Dev
200 French Landing Drive
Nashville, TN 37243


TN Department of Revenue
500 Deaderick St.
Nashville, TN 37242


TOWN OF DAVIE
6591 ORANGE  DRIVE
DAVIE, FL 33314-3399


TRANSGLOBAL ADJUSTING CORP.
2857 RIVIERA DRIVE
FAIRLAWN, OH 44333


TRAVELERS
395  WEST PASSAIC ST.
SUITE 205
ROCHELLE PARK, NJ 07662


TRAVELERS
P.O. BOX 660317
DALLAS, TX 75266-0317

Trust  Acct. of John A. Morrissey, Esq.
261 Main  Street
Charlestown, MA 02129


Trust Acct. of Seigel Capozzi
43 Heritage Drive
Sparta, NJ 07871


TRUST SECURITY SERVICES INC
c/o SEACOAST BANK
PO BOX 60479
CHARLOTTE, NC 28260


TYCO SECURITY
PO BOX 371967
Pittsburgh, PA 15250-7967


U-HAUL
PO BOX 52128
(blank)
PHOENIX, AZ 85072-2128


UHAUL
PO BOX 52128
PHOENIX, AZ 85072-2128


ULINE
PO BOX 88741
CHICAGO, IL 60680-1741


UNEMPLOYMENT INSURANCE AGENCY
P.O. BOX 33598
DETROIT, MI 48232-5598


UNIPRO
P.O. BOX 2639
NEWARK, NJ 07114


UNIVERSITY OFFICE PARK OF DAVIE, LLC
5400 S. UNIVERSITY DRIVE
SUITE # 602
DAVIE, FL 33328

UPS
P.O. BOX 7247-0244
(blank)
PHILADELPHIA, PA 19170-0001


UTAH DEPT. OF WORKFORCE SERVICES
PO BOX 45288
(blank)
SALT LAKE CITY, UT 84145-0288


UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134-0180


UTAH UI COLLECTIONS UNIT
PO BOX 45288
ATTN: KEVIN SHINGLETON
SALT LAKE CITY, UT 84145-0288


VA Department of Taxation
PO Box 27264
Richmond, VA 23261-7264


VERITEX CORP.
330 OLD COUNTRY RD.
STE. 300
MINEOLA, NY 11501


VERIZON
P.O. BOX 4833
TRENTON, NJ 08650-4833


VERIZON
P.O. BOX 15124
ALBANY, NY 12212-5124


VIRGINIA STATE TAX DEPT.
TAX ACCOUNT ADMINISTRATION DIV.
P.O. BOX 1202
CHARLESTON, WV 25324-1202


VT Dept of Employment & Training
PO Box 488
Montpelier, VT 05601-0488

WA  DEPT. OF LABOR & INDUSTRIES
7273 LINDERSON WAY SW
TUMWATER, WA 98501


WA DEPT. OF LABOR & INDUSTRIES
PO BOX 34974
SEATTLE, WA 98124-1974


WA Dept. of Labor & Industries
901 N. Monroe St., STE 100
Spokane, WA 99201-2148


WA EMPLOYMENT SECURITY DEPT
BENEFIT PAYMENT CONTROL
PO BOX 24928
SEATTLE, WA 98124-0928


WASH  HOUNDS
2440  ROUTE # 22  EAST
Union, NJ 07083


WASHINGTON DC
BUREAU OF ADJUDICATION
P O BOX 37135
WASHINGTON, DC 20013-0013


WASHINGTON STATE DEPT. OF REVENUE
P.O. BOX 47473
OLYMPIA, WA 98504-7473


WEST VIRGINIA  STATE TAX DEPT
TAX ACCOUNT ADMINSTRATION DIVISION
P.O. BOX  1202
CHARLESTON, WV 25324-1202


WESTERN PEST SERVICES
1048 ROUTE 22
MOUNTAINSIDE, NJ 07092-2899


WI Department of Financial Institutions
Division of Corporate & Consumer Service
PO Box 7846
Madison, WI 53707-7846

WILSON ELSER MOSKOWITZ EDELMAN et al
100 SOUTHEAST SECOND ST., SUITE 3800
In Re: Carlotta Cespedes
MIAMI, FL 33131-2126


WISCONSIN DEPARTMENT OF REVENUE
BOX 930208
MILWAUKEE, WI 53293-0208


WISCONSIN DEPT. OF REVENUE
P.O. BOX 8908
MADISON, WI 53708-8908


WV BUREAU OF EMPLOYMENT
LEGAL SECTION 5107
112 CALIFORNIA AVENUE
CHARLESTON, WV 25305-0112


WV INSURANCE COMMISSIONER
P.O. BOX 40254
CHARLESTON, WV 26364-0254


XL-Insurance T/A Indian Harbor Insurance
1236 Brace Rd.
Suite K
Cherry Hill, NJ 08034


XTREME SNOW PROS
61 E. RAMAPO AVE.
MAHWAH, NJ 07430


YRC FREIGHT
P.O. Box 13573
NEWARK, NJ 07188-3573

# United States Bankruptcy Court
## District of New Jersey

In re    __USI Services Group, Inc._____    Case No. _____

                                                    Debtor(s)     Chapter    __11_____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __USI Services Group, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__January  3, 2018_____     __/s/ Stuart Gold_____
Date                                             **Stuart Gold 009511986**
                                                 Signature of Attorney or Litigant
                                                 Counsel for   __USI Services Group, Inc.__
                                                 **Mandelbaum Salsburg P.C.**
                                                 **3 Becker Farm Road**
                                                 **Roseland, NJ 07068**
                                                 **9737364600 Fax:9733257467**
                                                 **sgold@lawfirm.ms**

## United States Bankruptcy Court
### District of New Jersey

In re    **USI Services Group, Inc.**                      Case No.

                                          Debtor(s)            Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Frederick G. Goldring**, declare under penalty of perjury that I am the **President** of  **USI Services Group, Inc.,** and that the following is a true and correct copy of the resolutions adopted by written consent of the sole director executed on January 3, 2018.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frederick G. Goldring, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Frederick G. Goldring, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Frederick G. Goldring, President** of this Corporation is authorized and directed to employ the law firm of **Mandelbaum Salsburg P.C.** to represent the corporation in such bankruptcy case."

Date   January 3, 2018                       Signed   /s/ Frederick G. Goldring
                                                            **Frederick G. Goldring, President**

## WRITTEN CONSENT OF SOLE DIRECTOR IN LIEU OF MEETING

of

**USI Services Group, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Frederick G. Goldring, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Frederick G. Goldring, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Frederick G. Goldring, President** of this Corporation is authorized and directed to employ the law firm of **Mandelbaum Salsburg P.C.** to represent the corporation in such bankruptcy case.

Date   January 3, 2018 _____     Signed   **/s/ Frederick G.  Goldring** _____
                                                                          **Frederick G. Goldring, Sole Director**

Date _____                       Signed _____