MANDELBAUM SALSBURG P.C.
Jeffrey M. Rosenthal
Stuart Gold
3 Becker Farm Road
Roseland, NJ 07068
(973) 736-4600 (Telephone)
(973) 325-7467 (Facsimile)
Email: sgold@lawfirm.ms

Counsel to the Debtors and
Debtors in Possession

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| USI Services Group, Inc. | Case No. 18-10153 (JKS) |
| Ultimate Services Inc. | Case No. 18-10154 (JKS) |
| Strike Force Protective Services, Inc. | Case No. 18-10156 (JKS) |
| Strike Force of New Jersey, Inc. | Case No. 18-10158 (JKS) |
| Initial Protective Services Inc. | Case No. 18-10159 (JKS) |
| USI Landscape and Design, Inc. | Case No. 18-10160 (JKS) |
| Summit Staffing Solutions Inc. | Case No. 18-10162 (JKS) |
| | (Jointly Administered) |
| Debtors. | |
| | HEARING DATE:  TBD |
| | ORAL ARGUMENT REQUESTED |

## NOTICE OF MOTION TO SELL CERTAIN OF DEBTORS' ASSETS FREE AND CLEAR OF LIENS AT AUCTION

PLEASE TAKE NOTICE that on a date to be set by the Court pursuant to the accompanying application to shorten time and limit notice., Mandelbaum Salsburg P.C., attorneys for the Debtors, shall move before the Honorable John K. Sherwood, U.S.B.J., at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102 for an Order pursuant to 11 U. S C. § 363 authorizing the debtors to sell certain of their operating assets free and clear of liens claims and interests.

A proposed form of order is also submitted with the moving papers.

1491925

PLEASE TAKE FURTHER NOTICE that Debtors requests oral argument.


DATED:  September 27, 2018                    **MANDELBAUM SALSBURG P.C.**

By:_____
          Stuart Gold

          3 Becker Farm Road
          Roseland, NJ 07068
          (973) 736-4600 (Telephone)
          (973) 325-7467 (Facsimile)
          Email: sgold@lawfirm.ms

          *Counsel to the Debtors and Debtors-*
          *in-Possession*

1491925